# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ali Powell, | Case No. 17-CV-01629 (SRN/KMM) |
| Petitioner, | |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated April 24, 2018.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT** Mr. Powell's Petition for Writ of Habeas Corpus is DENIED and this matter is DISMISSED.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 11, 2018

                                             s/Susan Richard Nelson
                                             SUSAN RICHARD NELSON
                                             United States District Judge